[No. 11645-2-I. Division One. January 16, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. DANA
PATTERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81-8-03496-1, Gerard M. Shellan, J., entered
April 1, 1982. *Affirmed* by unpublished opinion per Corbett,
J., concurred in by Durham, C.J., and Andersen, J.

[No. 10263-0-I. Division One. January 16, 1984.]

DAWN M. TOSO TORRES, *Appellant*, v. SALTY
SEA DAYS, INC., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79-2-03809-0, Robert C. Bibb, J.,
entered April 27, 1981. *Affirmed in part* and *reversed in
part* by unpublished opinion per Ringold, J., concurred in
by Callow and Scholfield, JJ. Now published at 36 Wn.
App. 668.

[No. 11691-6-I. Division One. January 16, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
DAVID RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 82-1-00024-7, Walter J. Deierlein, Jr., J.,
entered April 28, 1982. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Williams, J., and Walter-
skirchen, J. Pro Tem.